UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60786-CIV-WJZ

ELIAS JAIME, JOB BETANCOURTH and )
all others similarly situated under 29 U.S.C. )
216(B), )
)
              Plaintiff, )
vs. )
)
RSI OF FLORIDA, INC. )
WILLIAM TEMPLE, )
)
             Defendants. )

## PLAINTIFF'S STATEMENT OF CLAIM

    Now come(s) the Plaintiff(s), ELIAS JAIME, through the undersigned and file(s) the above-described Statement of Claim as follows:

**ELIAS JAIME**
**Federal Overtime Claim (10/15/12-6/10/13):**
Amount of half time per hour not compensated: $7.50
Weeks: 34
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $2,040 X 2 = $4,080.00

**JOB BETANCOURTH[1]**
**Federal Overtime Claim (4/1/11-1/21/14):**
Amount of half time per hour not compensated: $8.00
Weeks: 146
Overtime hours per week: 12
Total wages unpaid and liquidated damages: $14,016 X 2 = $28,032.00

**Federal Overtime Claim (4/1/11-1/21/14):**
Amount of time and a half per hour not compensated: $24.00
Weeks: 146
Overtime hours per week: 1.5

---

[1] Defendant arbitrarily would only pay Plaintiff, Job Betancourth, for one hour to and from work in driving time. This is subject to Plaintiff's time sheets which are in the exclusive control of Defendants. Plaintiff intends to seek an additional amount not included in the calculations set forth herein following more discovery on the matter.

Total wages unpaid and liquidated damages: $5,256 X 2 = $10,512.00

Total as to JOB BETANCOURTH: $38,544.00

Total Claim for BOTH Plaintiffs: $42,624.00

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence in discovery.

**Respectfully submitted,**

**RIVKAH F. JAFF, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: RIVKAH.JAFF@GMAIL.COM
F.B.N. 107511**

**BY:__/s/_____Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE FOLLOWING ON 4/28/14 VIA CM/ECF:**

**ANDREA R. BERNSTEIN, ESQ.
NORTHBRIDGE CENTRE
515 NORTH FLAGLER DRIVE, SUITE 2100
WEST PALM BEACH, FLORIDA 33401
DIRECT: 561.472.2328
MAIN: 561.802.9044
FAX: 561.839.1927
EMAIL: ABERNSTEIN@FOWLER-WHITE.COM**

**BY:__/s/_____Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**