UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60786-CIV-ZLOCH

ELIAS JAIME, JOB BETANCOURTH
and all others similarly situated under 29
U.S.C. 216(B),

    Plaintiffs,

vs.

RSI OF FLORIDA, INC.
WILLIAM TEMPLE,

    Defendants.
_____/

## DEFENDANT RSI OF FLORIDA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant RSI of Florida, Inc., by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that RSI of Florida, Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Date: May 29, 2014

    Respectfully submitted,

    s/Andrea R. Bernstein
    Andrea R. Bernstein, Esq.
    Florida Bar No.: 0516511
    E-mail: abernstein@fowler-white.com
    FOWLER WHITE BURNETT, P.A.
    Northbridge Centre
    515 North Flagler Drive, Suite 2100
    West Palm Beach, Florida 33401
    Telephone: (561) 802-9044
    Facsimile: (561) 802-9976

    *Attorneys for Defendants RSI of*
    *Florida, Inc. and William Temple*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2014, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF system.

s/Andrea R. Bernstein<br>Andrea R. Bernstein

## SERVICE LIST

Case No.: 0:14-CIV-ZLOCH

| | |
|---|---|
| Rivkah F. Jaff, Esq.<br>E-mail: rivkah.jaff@gmail.com<br>J.H. Zidell, P.A.<br>300  71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone:  (305) 865-6766<br>Facsimile:  (305) 865-7167<br><br>*Attorneys for Plaintiffs* | Andrea R. Bernstein<br>E-mail: abernstein@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>Northbridge Centre<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, Florida 33401<br>Telephone:  (561) 802-9044<br>Facsimile:  (561) 802-9976<br><br>*Attorneys for Defendants RSI of Florida, Inc. and William Temple* |