UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60786-CIV-ZLOCH

ELIAS JAIME, JOB BETANCOURTH
and all others similarly situated under 29
U.S.C. 216(B),

    Plaintiffs,

vs.

RSI OF FLORIDA, INC.
WILLIAM TEMPLE,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR AN ORDER COMPELLING
A SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE**

Defendants RSI of Florida, Inc. and William Temple (collectively, "Defendants"), by and through their undersigned counsel, hereby file their Motion for an Order Compelling a Settlement Conference Before a Magistrate Judge, and in support thereof state as follows:

1. This action was commenced on or about April 1, 2014, and the Amended Complaint was served on Defendants on or about April 17, 2014.

2. Plaintiffs each bring a claim for alleged unpaid overtime wages pursuant to the Fair Labor Standards Act.

3. On April 28, 2014, Plaintiffs served their Statement of Claim. On May 19, 2014, Defendants served their response to Plaintiffs' Statement of Claim [DE 13], along with Plaintiffs' time and payroll records. In their Response to the Statement of Claim, Defendants stated that Plaintiff Elias is entitled to the half time rate for each hour over 40 actually worked by him in each workweek and that Plaintiff Betancourth is entitled to the half time rate for each hour

over 40 actually worked by him in each workweek for which he has not already been paid the full overtime rate.

4. Defendants believe the parties can resolve this matter without incurring excessive and unnecessary fees and costs. Defendants believe that a settlement conference before a Magistrate Judge would be the most fruitful way to facilitate meaningful settlement discussions and to help the parties come to an agreement resolving the action before either party incurs excessive and unnecessary fees and costs.

4. **Rule 7.3(a)(1) Certification**. Undersigned counsel conferred with Plaintiffs' counsel, who stated that Plaintiffs object to the relief sought herein.

5. Should the Court grant Defendants' Motion, Defendants respectfully request that the settlement conference not be scheduled during the following time periods, when Defendants are unavailable: July 14-20, 2014 and Aug 4-17, 2014.

WHEREFORE, based on the foregoing, Defendants respectfully request that this Court enter an Order compelling the parties to attend a settlement conference before a Magistrate Judge.

Date:  June 26, 2014

      Respectfully submitted,

      s/Andrea R. Bernstein
      Andrea R. Bernstein, Esq.
      Florida Bar No.: 0516511
      E-mail:  abernstein@fowler-white.com
      FOWLER WHITE BURNETT, P.A.
      Northbridge Centre
      515 North Flagler Drive, Suite 2100
      West Palm Beach, Florida 33401
      Telephone:   (561) 802-9044
      Facsimile:    (561) 802-9976

      *Attorneys for Defendants RSI of Florida, Inc. and William Temple*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2014, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF system.

      s/Andrea R. Bernstein
      Andrea R. Bernstein

## SERVICE LIST

Case No.: 0:14-CIV-ZLOCH

| | |
|---|---|
| Jamie H. Zidell | Andrea R. Bernstein |
| E-mail:  ZABOGADO@AOL.COM | E-mail:  abernstein@fowler-white.com |
| Rivkah F. Jaff, Esq. | FOWLER WHITE BURNETT, P.A. |
| E-mail:  rivkah.jaff@gmail.com | Northbridge Centre |
| David Kelly, Esq. | 515 North Flagler Drive, Suite 2100 |
| E-mail:  david.kelly38@rocketmail.com | West Palm Beach, Florida 33401 |
| J.H. Zidell, P.A. | Telephone:  (561) 802-9044 |
| 300  71st Street, Suite 605 | Facsimile:  (561) 802-9976 |
| Miami Beach, FL 33141 | |
| Telephone:  (305) 865-6766 | *Attorneys for Defendants RSI of Florida, Inc. and William Temple* |
| Facsimile:  (305) 865-7167 | |
| | |
| *Attorneys for Plaintiffs* | |