UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-60786-GAYLES

ELIAS JAIME, JOB BETANCOURTH, and
all others similarly situated under 29 U.S.C.
216 (B),
       Plaintiffs,

 v.

RSI OF FLORIDA, INC., WILLIAM
TEMPLE,

       Defendants.
_____/

## MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 22nd day of September, 2014 at 10:00 a.m. All parties were present.

An agreement was reached; the case is SETTLED.

Dated this 1st day of October , 2014

                                                    */s/ Neil Flaxman*
                                                    Neil Flaxman, Esq.
                                                    Florida Bar No. 025299
                                                     Phone: (305) 810-2786 Fax: (305) 810-2824